UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREEA MELISSA OLTEANU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIC GONZALES, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-02347-JSC<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

Plaintiff Andreea Olteanu, who represents herself, filed this suit against Defendants for claims arising from a dispute over a trust. (Dkt. No. 1.)¹ Pending before the Court are three motions to dismiss. (Dkt. Nos. 28, 32, 33.) Plaintiff has not filed oppositions to the motions and the deadlines to do so have passed. *See* Civ. L.R. 7-3(a) ("The opposition must be filed and served not more than 14 days after the motion was filed.").

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure due to her failure to prosecute her claims. In particular, Plaintiff must file a written response to Defendants' motions by **September 3, 2024**. Plaintiff is warned that her failure to respond to Defendants' motions by September 3, 2024, will likely result in a dismissal of her action without prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

As Plaintiff is without representation by a lawyer, the Court directs her attention to the Handbook for Pro Se Litigants, which is available along with further information for the parties on the Court's website located at http://cand.uscourts.gov/proselitigants. Plaintiff may also contact

---

¹ Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

1  the Legal Help Center for free assistance; she can make an appointment by calling 415-782-8982
2  or emailing fedpro@sfbar.org.
3  **IT IS SO ORDERED.**
4  Dated: August 22, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge